```
                                FILED            RECEIVED
                       ENTERED           SERVED ON
                                 COUNSEL/PARTIES OF RECORD

                              OCT 2 7 2016

                           CLERK US DISTRICT COURT
                             DISTRICT OF NEVADA
                       BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:16-cr-197-LRH-CWH |
|---|---|---|
| Plaintiff, | ) | **WAIVER AND CONSENT ORDER** |
| vs. | ) | |
| MARIA LORENA ROSALES-SANTOS, | ) | |
| Defendant. | ) | |

Defendant, <u>Maria Lorena Rosales-Santos</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____        _____
Counsel for Defendant                   Assistant U.S. Attorney


DATED this 27th day of October, 2016.


APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE